|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-00350-TLN-KJN |
|---|---|
| | No. 2:24-cv-00351-TLN-KJN |
| | No. 2:24-cv-00352-TLN-KJN |
| | No. 2:24-cv-00353-TLN-KJN |
| | No. 2:24-cv-00355-TLN-KJN |
| | No. 2:24-cv-00356-TLN-KJN |
| | No. 2:24-cv-00357-TLN-KJN |
| | No. 2:24-cv-00358-TLN-KJN |
| | No. 2:24-cv-00359-TLN-KJN |
| | No. 2:24-cv-00360-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00350, 2:24-cv-00351, 2:24-cv-00352, 2:24-cv-00353, 2:24-cv-00355, 2:24-cv-00356, 2:24-cv-00357, 2:24-cv-00358, 2:24-cv-00359 and 2:24-cv-00360 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Date: March 6, 2024

_____
Troy L. Nunley
United States District Judge